## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHRISTOPHER GUZMAN,<br><br>    Defendant. | Case No. 1:18-mj-00058-SAB<br><br>**DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while driver's license is suspended for operating a motor vehicle under the influence of alcohol or drugs, in violation of 36 C.F.R. § 4.2(b) and CVC § 14601.2(a) |
| **Sentence Date:** | October 25, 2018 |
| **Review Hearing Date:** | September 5, 2019 |
| **Probation Expires On:** | October 25, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $10 special assessment fee

☒   **The defendant shall begin the 9 month First Time DUI Offender Program by no later than December 1, 2018.**

☒   **The defendant shall perform and complete 150 hours of community service by September 5, 2019.**

### *COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described above. Mr. Guzman is on track to complete the DUI Offender Program by the expiration of his probationary term.

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: August 29, 2019         */s/ Jeffrey Spivak*
                              Jeffrey Spivak
                              Assistant United States Attorney

*DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for 9/5/2019 at 10:00 a.m.

☐ be continued to _____ at 10:00 a.m.; or

☒ be vacated.

DATED: August 29, 2019         */s/ Matthew Lemke*
                              Assistant Federal Defender
                              Counsel for Christopher Guzman

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that the Review Hearing set for September 5, 2019 at 10 a.m. be vacated

☒ DENIED.

IT IS SO ORDERED.

Dated: **September 3, 2019**         _____
                                     UNITED STATES MAGISTRATE JUDGE