| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | CHRISTOPHER GUZMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00058-SAB |
|---|---|
| Plaintiff, | JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; ORDER |
| vs. | |
| CHRISTOPHER GUZMAN, | |
| Defendant. | |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Defendant Christopher Guzman's probation. Presently, Mr. Guzman's term of probation is set to expire on October 25, 2019.

On October 25, 2018, the Court sentenced Mr. Guzman to serve 12 months of unsupervised probation, perform 150 hours of community service, pay a $10.00 special assessment, and complete a nine-month first-time offender DUI program.

The parties stipulate that Mr. Guzman's unsupervised probation be extended to allow him additional time to pay for and complete the court ordered education program. Due to financial difficulties, defense counsel anticipates that Mr. Guzman will be unable to complete the education program before his current term of probation is set to expire. Accordingly, the parties request that

the Court extend Mr. Guzman's probation by three months in order to permit him an opportunity to complete the program. Specifically, the parties ask that Mr. Guzman's term of probation be extended and set to expire on January 25, 2020. Further, the parties ask the Court to continue the October 17, 2019, review hearing to January 16, 2020.

                                          Respectfully submitted,
                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: October 11, 2019                /s/ *Matthew Lemke*
                                          MATTHEW LEMKE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTOPHER GUZMAN


                                          MCGREGOR W. SCOTT
                                          United States Attorney

Date: October 11, 2019                /s/ *William Taylor*
                                            WILLIAM TAYLOR
                                          Special Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court hereby accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the October 17, 2019, review hearing for Christopher Guzman, Case No. 1:18-mj-00058-SAB, is continued to January 16, 2020 at 10:00 a.m. Mr. Guzman's probation is thereby extended and set to expire on January 25, 2020. Mr. Guzman shall prepare a status report and file such status report 14 days prior to his January 16, 2019 hearing. As previously ordered, the defendant shall provide additional evidence regarding his community service performed as discussed at his last status hearing on October 3, 2019, no later than October 31, 2019.

IT IS SO ORDERED.

Dated: __October 11, 2019__

UNITED STATES MAGISTRATE JUDGE