**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHRISTOPHER GUZMAN,<br><br>　　　　　Defendant. | Case No. 1:18-mj-00058-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while driver's license is suspended for operating a motor vehicle under the influence of alcohol or drugs, in violation of 36 C.F.R. § 4.2(b) and CVC § 14601.2(a) |
| **Sentence Date:** | October 25, 2018 |
| **Review Hearing Date:** | January 16, 2020 |
| **Probation Expires On:** | January 22, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $10 special assessment fee

☒　**The defendant shall begin the 9 month First Time DUI Offender Program**

☒　**The defendant shall perform and complete 150 hours of community service.**

## *COMPLIANCE:*

☒　Defendant has complied with and completed <u>all</u> conditions of probation described above. Mr. Guzman is on track to complete his last DUI Offender course on January 13, 2020.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

DATED: January 2, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant requests that Mr. Guzman's appearance be waived for the purposes of the review hearing set for 1/16/2020 at 10:00 a.m.

DATED: January 2, 2020

*/s/ Matthew Lemke*
Assistant Federal Defender
Counsel for Christopher Guzman

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that Christopher Guzman's appearance is waived for the purposes of the review hearing set for 1/16/2020 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 6, 2020**

UNITED STATES MAGISTRATE JUDGE