HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTOPHER GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00058-SAB |
|---|---|
| Plaintiff, | JOINT MOTION TO PERMIT PROBATION TO EXPIRE; ORDER; EXHIBIT A |
| vs. | |
| CHRISTOPHER GUZMAN, | |
| Defendant. | |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant, hereby move this Court to permit Christopher Guzman's period of probation to expire as scheduled on January 22, 2020. On October 11, 2019, the Court granted the parties' motion to modify probation, permitting Mr. Guzman additional time to complete his court-ordered education program. Mr. Guzman has since completed the course content of the education program, but carries an outstanding balance of $351.88. *See* Exhibit A. Although Mr. Guzman's financial resources are limited, he intends to pay off the outstanding balance soon. Because Mr. Guzman has successfully completed the educational program course content, the parties respectfully request that the Court permit Mr. Guzman's probation to expire as scheduled, on January 22, 2020.

If the Court is not amenable to permitting Mr. Guzman's term of probation to expire as previously scheduled, the parties hereby move pursuant to 18 U.S.C. § 3563(c) to modify

Defendant Christopher Guzman's probation in order to permit him the opportunity to pay his balance. Specifically, the parties ask that Mr. Guzman's term of probation be extended and set to expire on February 27, 2020. Further, the parties ask the Court to continue the January 21, 2020, review hearing to February 20, 2020.

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2020              /s/ *Matthew Lemke*
                                    MATTHEW LEMKE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTOPHER GUZMAN


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Date: January 17, 2020              */s/ William Taylor*
                                    WILLIAM TAYLOR
                                    Special Assistant United States Attorney
                                    Attorney for Plaintiff

## ORDER

The Court having considered the parties' request,

**IT IS HEREBY ORDERED** that the grants the Joint Motion to Modify and hereby modifies under 18 U.S.C. § 3563(c) the Defendant's condtion of probation as follows:

1. Defendant's term of probation is hereby extended from January 22, 2020 to Feberaury 27, 2020; and

2. The probation review hearing set for January 21, 20202 at 2:00 pm is hereby continued to February 20, 2020 at 10:00 a.m. The defendant's appearance is waived for purposes of the probation review hearing. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE