## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>CHRISTOPHER GUZMAN,<br><br>     Defendant. | Case No. 1:18-mj-00058-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while driver's license is suspended for operating a motor vehicle under the influence of alcohol or drugs, in violation of 36 C.F.R. § 4.2(b) and CVC § 14601.2(a) |
| **Sentence Date:** | October 25, 2018 |
| **Review Hearing Date:** | February 20, 2020 |
| **Probation Expires On:** | February 27, 2020 (extended on 1/17/20. ECF No. 28) |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $10 special assessment fee

☒   **The defendant shall begin the 9 month First Time DUI Offender Program**

☒   **The defendant shall perform and complete 150 hours of community service.**

### *COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described above. Verification of DUI education program completion attached.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

DATED: February 13, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant moves for the review hearing set for February 20, 2020 be vacated.

DATED: February 13, 2020

*/s/ Matthew Lemke*
Assistant Federal Defender
Counsel for Christopher Guzman

## [PROPOSED] ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the probation review hearing set for February 20, 2020, be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE